1
2
3
4
5
6
7
8
9
10
11
12
13
14

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Patricia R Adams, et al.,

   Plaintiffs,

v.

Aramark Sports and Entertainment Services LLC, et al.,

   Defendants.

No. CV-18-08135-PCT-DJH

**ORDER**

15
16
17
18
19
20
21
22
23
24
25
26
27
28

   This matter is before the Court on Plaintiff's Motion for extension of time to extend their expert witness deadline, filed on March 12, 2019 (Doc. 28).  Plaintiffs' expert deadline is March 15, 2019 (Doc. 26).  The Motion is extensive, detailing many apparent issues that the parties have been having in coordinating discovery, along with a detailed recitation of the facts of this case.  However, Plaintiffs have not complied with LRCiv 7.3(b), which states, "Except in all civil actions in which a party is an unrepresented prisoner, a party moving for an extension of time, whether by motion or stipulation, must *state the position of each other party*. If the moving party's efforts to determine the position of any other party are unsuccessful, a statement to that effect must be included in the motion." (emphasis added).  Therefore, this Motion will be stricken.  Plaintiffs should also note the other requirements of LRCiv 7.3, particularly that, "A party moving for an extension of time, whether by motion or stipulation, must disclose the existence of all previous extensions which have been granted concerning the matter for which an extension is sought."  (*Id*.)

The parties should also be aware that if they intend to file a discovery dispute with the Court, they shall comply in all respects with the Scheduling Order in place in this matter and the Local Rules of this District.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion for extension of time (Doc. 28) is **stricken** for the reasons stated herein.

Dated this 14th day of March, 2019.

Honorable Diane J. Humetewa
United States District Judge